UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Specialized Loan Servicing, LLC

In Re:
    Klose, Karol A. aka Karol A Feliceangeli-Klose
    Klose, Keith K.

Order Filed on July 10, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No:   19-11342 JNP

Chapter: 13

Hearing Date: July 9, 2019 at 10:00 A.M.
Judge: Jerrold N. Poslusny Jr.

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: July 10, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

[Type text]

Upon the motion of <u>Specialized Loan Servicing, LLC</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

  **Land and premises commonly known as Lot 9.12, Block 33 , 321 Clems Run , Mullica Hill NJ 08062**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:
Karol A Klose
Keith K. Klose
     Debtors

Case No. 19-11342-JNP
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0312-1 | User: admin<br>Form ID: pdf903 | Page 1 of 1<br>Total Noticed: 1 | Date Rcvd: Jul 10, 2019 |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2019.
db/jdb       +Karol A Klose,   Keith K. Klose,   321 Clems Run,   Mullica Hill, NJ 08062-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2019                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2019 at the address(es) listed below:
         Andrew B. Finberg   on behalf of Debtor Karol A Klose andy@sjbankruptcylaw.com,
      abfecf@gmail.com;finbergar39848@notify.bestcase.com
         Andrew B. Finberg   on behalf of Joint Debtor Keith K. Klose andy@sjbankruptcylaw.com,
      abfecf@gmail.com;finbergar39848@notify.bestcase.com
         Denise E. Carlon   on behalf of Creditor   Specialized Loan Servicing LLC dcarlon@kmllawgroup.com,
      bkgroup@kmllawgroup.com
         Isabel C. Balboa   ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
         Rebecca Ann Solarz   on behalf of Creditor   SPECIALIZED LOAN SERVICING, LLC
      rsolarz@kmllawgroup.com
         Robert P. Saltzman   on behalf of Creditor   Specialized Loan Servicing LLC dnj@pbslaw.org
         U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
         William M.E. Powers, III   on behalf of Creditor   Specialized Loan Servicing LLC
      ecf@powerskirn.com
                                                                                        TOTAL: 8