Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−11342−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Karol A Klose
aka Karol A Feliceangeli−Klose
321 Clems Run
Mullica Hill, NJ 08062

Keith K. Klose
321 Clems Run
Mullica Hill, NJ 08062

Social Security No.:
xxx−xx−9509

xxx−xx−5791

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on August 8, 2019.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 8, 2019
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Karol A Klose  
Keith K. Klose  
     Debtors

Case No. 19-11342-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin            Page 1 of 2            Date Rcvd: Aug 08, 2019
                        Form ID: 148           Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2019.
```
db/jdb         +Karol A Klose,    Keith K. Klose,    321 Clems Run,    Mullica Hill, NJ 08062-2853
517981729      +Fein, Such, Kahn & Shepard PC,    7 Century Drive,    Suite 201,    Parsippany, NJ 07054-4673
517981730       GMAC Mortgage,    PO Box 4622,    Waterloo, IA 50704-4622
517981732      +GSI Recovery LLC,    1260 Broad St #2,    Bloomfield, NJ 07003-3031
517981731      +Golden Valley Lending, Inc.,    635 East Hwy 20,    E Upper Lake, CA 95485-8793
517981736     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,    PO Box 245,
                 Trenton, NJ 08695)
518016151      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
517981737      +Wells Fargo Home Loans,    c/o Powers Kirn, LLC,    728 Marne Highway,    Suite 200,
                 Moorestown, NJ 08057-3128
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 09 2019 00:02:45      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 09 2019 00:02:40      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517981726       EDI: CBSAAFES.COM Aug 09 2019 03:38:00      Army/Air Force Exchange,    PO Box 650410,
                 Dallas, TX 75265-0410
517981727       EDI: CAPITALONE.COM Aug 09 2019 03:38:00      Capital One,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
518045038      +EDI: AIS.COM Aug 09 2019 03:38:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
517993740       EDI: DISCOVER.COM Aug 09 2019 03:38:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
517981728      +EDI: DISCOVER.COM Aug 09 2019 03:38:00      Discover Financial Services LLC,
                 Attn: Bankruptcy Department,    PO Box 3025,    New Albany, OH 43054-3025
517981733       EDI: IRS.COM Aug 09 2019 03:38:00      IRS-Insolvency Central,    PO Box 7346,
                 Philadelphia, PA 19101-7346
518071659      +EDI: RESURGENT.COM Aug 09 2019 03:38:00      LVNV Funding LLC,    c/o Resurgent Capital Services,
                 P O Box 10587,    Greenville, SC 29603-0587
517981734      +EDI: RESURGENT.COM Aug 09 2019 03:38:00      LVNV Funding, LLC,    PO Box 10497,
                 Greenville, SC 29603-0497
517992124      +EDI: AISACG.COM Aug 09 2019 03:38:00      NCEP, LLC,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517981735       EDI: PRA.COM Aug 09 2019 03:38:00      Portfolio Recovery Associates,
                 120 Corporate Blvd. Ste 100,    Norfolk, VA 23502
518148743       EDI: PRA.COM Aug 09 2019 03:38:00      Portfolio Recovery Associates, LLC,    c/o Sams Club,
                 POB 41067,    Norfolk VA 23541
518013102      +E-mail/Text: jkatsios@gsicollections.com Aug 09 2019 00:02:21
                 Regional Diagnostic Imaging, LLC,    c/o GSI Recovery, LLC,    PO Box 1026,
                 Bloomfield, NJ 07003-1026
517983672      +EDI: RMSC.COM Aug 09 2019 03:38:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517981738      +EDI: WFFC.COM Aug 09 2019 03:38:00      Wells Fargo Home Mortgage,    PO Box 10335,
                 Des Moines, IA 50306-0335
517981740      +E-mail/Text: admin@rosebudlending.com Aug 09 2019 00:03:26      Zoca Loans,    PO Box 1147,
                 27565 Research Park Dr.,    Mission, SD 57555-1147
                                                                                              TOTAL: 17
```

      ***** BYPASSED RECIPIENTS   (undeliverable, * duplicate) *****
```
517981739        Wilingboro Township
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2          Date Rcvd: Aug 08, 2019
                              Form ID: 148             Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2019 at the address(es) listed below:

```
          Andrew B. Finberg    on behalf of Debtor Karol A Klose andy@sjbankruptcylaw.com,
           abfecf@gmail.com;finbergar39848@notify.bestcase.com
          Andrew B. Finberg    on behalf of Joint Debtor Keith K. Klose andy@sjbankruptcylaw.com,
           abfecf@gmail.com;finbergar39848@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC
           rsolarz@kmllawgroup.com
          Robert P. Saltzman    on behalf of Creditor    Specialized Loan Servicing LLC dnj@pbslaw.org
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers, III    on behalf of Creditor    Specialized Loan Servicing LLC
           ecf@powerskirn.com
                                                                                             TOTAL: 8
```